UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. WASHINGTON,<br><br>              Petitioner,<br><br>     vs.<br><br>D.G. ADAMS,<br><br>              Respondent._____ / | 1:09-cv-01801-BAK-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.


IT IS SO ORDERED.

**Dated:   October 19, 2009**             /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE