IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT W. WASHINGTON,** | Case No. 1:09-cv-01801-AWI-JLT HC |
| Petitioner, | **ORDER** |
| v. | |
| **D. G. ADAMS, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file an Answer To Petition For Writ Of Habeas Corpus be granted.  Respondent is granted until May 15, 2010 to file a responsive pleading.

IT IS SO ORDERED.

Dated:   **April 12, 2010**            /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE

1